UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MURIEL HUDSON, )
 )
    Plaintiff, )
 )
v. ) Case No. 4:11-CV-1215-JCH
 )
MIDLAND FUNDING LLC, )
 )
    Defendant. )

**ORDER OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(b)**

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of August 31, 2011. *See* Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

Dated this 5th day of October, 2011.


/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**